# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR489** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SANDY LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Denise E. Frost to withdraw as counsel for defendant Sandy Lopez (Lopez) (Filing No. 61). The court held a hearing on the motion on September 7, 2006. Lopez and Ms. Frost were present along with Assistant U.S. Attorney Joe W. Stecher.

The court determined the attorney/client relationship remained intact and the motion to withdraw should be denied. Accordingly,

**IT IS ORDERED:**

Ms. Frost's motion to withdraw (Filing No. 61) is denied.

DATED this 7th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge